IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALFREDO RAMONDA, on behalf of himself and others similarly situated, § § § Plaintiff, § § V. § ADVANCED CONTAINMENT SYSTEMS, INC., § § § Defendant. § | CIVIL ACTION NO. 4:13-cv-01570 |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff files this Certificate of Interested Parties reflecting all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that he believes are financially interested in the outcome of this litigation as indicated by the current state of the pleadings. Such parties are:

1. Alfredo Ramonda, Plaintiff

2. Oberti Sullivan LLP, Counsel for Plaintiff

3. Advanced Containment Systems, Inc., Defendant

Should other parties be added to this lawsuit who are financially interested in the outcome of this litigation, Plaintiff will promptly file an amended certificate with the Clerk identifying such interested parties.

        Respectfully submitted,

        OBERTI SULLIVAN LLP

By:    s/ Mark J. Oberti
        Mark J. Oberti
        State Bar No. 00789951
        S.D. Texas No. 17918
        723 Main Street, Suite 340
        Houston, TX 77002
        (713) 401-3555 – Telephone
        (713) 401-3547 – Facsimile
        mark@osattorneys.com – Email

A TTORNEY-IN-C HARGE FOR P LAINTIFF
A LFREDO R AMONDA

OF COUNSEL:

Edwin Sullivan
State Bar No. 24003024
S.D. Texas No. 24524
OBERTI SULLIVAN LLP
723 Main Street, Suite 340
Houston, TX 77002
(713) 401-3555 – Telephone
(713) 401-3547 – Facsimile
ed@osattorneys.com – Email

ATTORNEYS FOR PLAINTIFF
ALFREDO RAMONDA

2